797

BOWER–GIEBEL WHOLESALE COMPANY, Appellant, v. SEARS–ROEBUCK & COMPANY, Appellee.

No. 11236.

Circuit Court of Appeals, Ninth Circuit.

Nov. 22, 1946.

Jerome D. Rolston, of Hollywood, Cal., for appellant.

John L. Wheeler, of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 69 F.Supp. 158, is affirmed.

CLIMAX ENGINEERING COMPANY, DIVISION OF GENERAL FINANCE CORPORATION, a Corporation, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.

No. 13361.

Circuit Court of Appeals, Eighth Circuit.

Oct. 14, 1946.

Henry E. Seyfarth, Owen Fairweather, and Robert W. MacDonald, all of Chicago, Ill., for petitioner.

David A. Morse, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review and set aside order of National Labor Relations Board of March 29, 1946, dismissed, on stipulation of parties.

Blaine L. EVANS, an Individual Doing Business as Security Motor Sales, and Ralph Evans, v. UNITED STATES of America (two cases).

Nos. 3429–3432

Circuit Court of Appeals, Tenth Circuit.

Nov. 11, 1946.

David H. Morris, of Denver, Colo., for appellants.

Thomas J. Morrissey, U. S. Atty., and Joseph N. Lilly, Asst. U. S. Atty., both of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.